No. 79–5906. GILLIAM v. LOS ANGELES MUNICIPAL COURT (CALIFORNIA, REAL PARTY IN INTEREST). Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 79–5915. KORN v. OHIO. Ct. App. Ohio, Butler County. Certiorari denied.

No. 79–5929. TAYLOR v. CITY OF ATLANTA ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–5944. RODRIGUEZ v. SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 1st Cir. Certiorari denied.

No. 79–5965. AMISTADI v. SPANGENBERG ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 79–5976. JOHNSON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 79–5997. BARRY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 79–6001. DELAY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 79–6005. BROWN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 79–6010. WILLIAMS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.